*E-Filed - JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5015 GHK (AJWx) | Date | June 16, 2008 |
|---|---|---|---|
| Title | *The Hartford Insurance Group vs. Intransit Inc., et al* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**   **ORDER OF DISMISSAL**

    On May 23, 2008, the Court issued an order to show cause why the above action should not be dismissed for failure of plaintiff to diligently prosecute pursuant to Local Rule 41-1 of this Court.  In the order the plaintiff was advised that failure to timely respond to the order to show cause would result in dismissal of the above action.  The Court notes that the time to respond has now expired, with no response having been filed by plaintiff.

    Having considered all relevant factors, including any available lessor sanctions, we conclude that dismissal without prejudice is appropriate in this case.  Accordingly, the above-entitled action is hereby **DISMISSED** in its entirety without prejudice for plaintiff's failure to diligently prosecute, and for his failure to comply with our order.

    **IT IS SO ORDERED.**

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | Bea |